MAY 6, 1940

**No. 43653.**—.—Protest 965807–G of Frank P. Dow Co., Inc. C. D. 299. Application by Government for rehearing denied.

APRIL 30, 1940

**No. 43654.**—SUIT 4251.——*F. Mastronardi, Inc.* v. *United States.* C. D. 111 affirmed. C. A. D. 110.

MAY 6, 1940

**No. 43655.**—SUIT 4276.——*United States* v. *Half Moon Mfg. & Trading Co., Inc.* Reap. Dec. 4595. Affirmed April 1, 1940; not yet reported.

MAY 7, 1940

**No. 43656.**—SUIT 4277.——*United States* v. *Paul J. Pauls* Reap. Dec. 4596. Affirmed April 1, 1940; not yet reported.

BEFORE THE SECOND DIVISION, MAY 8, 1940

**No. 43657.**—Protests 41826–G, etc., of Grande Maison de Blanc (New York).

Opinion by TILSON, J. The evidence showed that certain items consist of Venice laces similar to those involved in *Littwitz* v. *United States* (3 Cust. Ct. 123, C. D. 217) and filet laces like those the subject of *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065), and Abstract 32895. The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 43658.**—Protests 112042–G, etc., of Sferra Bros. (New York).

Opinion by TILSON, J. The evidence showed that certain items consist of Venice laces similar to those involved in *Littwitz* v. *United States* (3 Cust. Ct. 123, C. D. 217) and filet laces like those the subject of *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 43659.**—Protests 126004–G, etc., of L. Nachetinovich (New York).

Opinion by TILSON, J. It was established that the merchandise consists of Venice laces similar to those involved in *Littwitz* v. *United States* (3 Cust. Ct. 123, C. D. 217). The claim at 75 percent under paragraph 1430 was therefore sustained.